UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-20732-CR-UNGARO

UNITED STATES OF AMERICA

vs.

TZEMACH DAVID NETZER KOREM,

Defendant.
_____/

## ORDER ON FORFEITURE

This matter comes before the Court upon motion of the parties. Having considered the record in this cause, and being fully advised in the premises, it is hereby **ORDERED and ADJUDGED** that defendant Korem shall forfeit all shares of Znext Mining Corporation, Inc. common stock in the defendant's possession custody or control.

DONE AND ORDERED in chambers in Miami-Dade County, in the Southern District of Florida on this 18 day of February, 2011.

*[signature]*
HON. URSULA UNGARO
FEDERAL DISTRICT JUDGE

Cc: Chris Cannon, Esq.
    William Barzee, Esq.
    Ryan D. O'Quinn AUSA